# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ALICIA JIMENEZ, | Case No. EDCV 12-0267-JEM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: November 2, 2012                                    */s/ John E. McDermott*
                                                        JOHN E. MCDERMOTT
                                                  UNITED STATES MAGISTRATE JUDGE